IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIDNEY ELGERE LAMBUS,

      Plaintiff,

v.

JUDGE DOUGLAS M. ELWELL, et al.,

      Defendants.
                                       /

No. C 11-06249 SBA (PR)

**ORDER OF TRANSFER**

      Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983. He alleges that the District Attorney, Public Defender and Court Financial Officer of San Bernadino County, as well as certain judges of the San Bernadino County Superior Court violated his constitutional rights during the course of his prosecution in that court.

      When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. See 28 U.S.C. § 1391(b).

      The acts complained of occurred in San Bernadino County, which is located in the Eastern Division of the Central District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See id.

      Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Eastern Division of the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith. All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

      IT IS SO ORDERED.

DATED: 1/19/12

                                                          SAUNDRA BROWN ARMSTRONG
                                                          United States District Judge

G:\PRO-SE\SBA\HC.11\Lambus6249.Transfer.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SIDNEY ELGERE LAMBUS,

     Plaintiff,

v.

DOUGLAS M. ELWELL et al,

     Defendant.

Case Number: CV11-06249 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sidney E. Lambus
1425 N. Cedar St.
San Bernadino, CA 92404

Dated: January 23, 2012

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk